# EXHIBIT A



Superior Court of the District of Columbia
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Granville Scruggs II
_____
Plaintiff

vs.

Bureau of Engraving and Printing
_____
Defendant

15-008702

Case Number _____

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Granville Scruggs II
_____
Name of Plaintiff's Attorney

12860 Pine Crest Drive
_____
Address

Olive Branch MS 38654

662-408-8340
_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date 11/10/15

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም አስፈላጊ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA

GRANVILLE SCRUGGS II,
12860 Pine Crest Drive
Olive Branch MS 38654
granvillescruggs@yahoo.com
662-408-8340
Plaintiff

VS.

BUREAU OF ENGRAVING AND PRINTING,
14th and C Streets, SW
Washington, DC 20228
Defendant

FILED
CIVIL ACTIONS BRANCH
NOV 10 2015
Superior Court
of the District of Columbia
Washington, D.C.

CA 15 - 008702

## COMPLAINT

The Defendant will not respond to request for service regarding three mutilated currency submissions, received on 07/16/14, 09/29/14, and 12/12/14. The Plaintiff has been trying since October 2014 to receive a status update or payment but the Defendant is abusing the process of mutilated currency redemption. In January 2015, an administrative tort claim was filed against the Defendant from an email exchange between the Plaintiff and one of the employees in Plaintiff request for service. The tort claim was responded to but the allegations and amount listed were never denied in the Defendant response. It was only asked that the Plaintiff resubmit the tort claim in which he denied because he is sure he submitted it the right way according to where he found the form and the Defendant was just trying to trick him.

The total amount of the three mutilated currency claims was estimated at $960,474.00 USD which was never disputed or questioned after the submission and even as the Plaintiff tried to check on the status of them. The amount listed on the tort claim was $2,881,422.00 USD; this included potential damages that the Defendant never denied were possible to be worth.



*This complaint is asking the Judge to order the Defendant to settle the tort claim amount for payout of the three mutilated currency submissions and a damage award amount with the Plaintiff having substantial evidence he is entitled to relief in 21 days after receiving the order.*

10-26-15